# First District Court of Appeal
## State of Florida

_____

No. 1D17-3659

_____

JOSEPH TETHER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Russell Healey, Judge.

April 20, 2018

PER CURIAM.

DISMISSED. *See* Fla. R. App. P. 9.110(b); Fla. R. App. P. 9.140(b)(3). Any request for belated appeal must be filed pursuant to Florida Rule of Appellate Procedure 9.141(c).

WOLF, ROBERTS, and WETHERELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Joseph Tether, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.